# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                                                 **DATE:** February 24, 2022

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Sharon Ricci

**TITLE OF CASE:**                                                                 **DOCKET NO.:**  22-mc-103

UNITED STATES OF AMERICA

VS.

CORNELL MCCOY

<u>DEFENDANT PRESENT</u>

**APPEARANCES:**

DANIEL FRIEDMAN, ESQ. – AUSA FOR GOVERNMENT
JASON RICHARDSON, ESQ. - AUSA FOR GOVERNMENT

CHRISTOPHER ST. JOHN, ESQ. - COUNSEL FOR DEFENDANT

**NATURE OF PROCEEDINGS:**  WAIVER OF INDICTMENT and PLEA TO ONE-COUNT INFORMATION by Video Conferencing

Ordered defendant sworn.  Defendant Cornell McCoy sworn.
Defendant consents to this hearing by video conferencing. Order to be entered.
Defendant advised of charges and penalties.
Ordered plea hearing adjourned, new date to be set.


                                                                *s/ Nicole Ramos*
                                                                **DEPUTY CLERK**


TIME COMMENCED:   10:12 a.m.     TIME ADJOURNED:   10:21 a.m.     TOTAL TIME:  9 mins.